Robert J. Lauson, Esq., CA Bar No. 175,486
bob@lauson.com
LAUSON & TARVER LLP
880 Apollo Street, Suite 301
El Segundo, California 90245
Tel. (310) 726-0892
Fax (310) 726-0893

Attorneys for Plaintiffs



No JS-6

FILED
CLERK, U.S. DISTRICT COURT

JAN 21 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERMAPAK TECHNOLOGIES, INC., a California Corporation; Wei Xiong, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET BRANDS, INC., a Minnesota Corporation; FUSION ACCESSORIES, INC., a California Corporation; NET IMPACT, a Hong Kong Company; and DOES 1-9, inclusive.<br><br>Defendants. | CASE NO.: CV09 07845 CBM (CTx)<br><br>[~~PROPOSED~~] STIPULATED CONSENT JUDGMENT AND PERMANENT INJUNCTION |

Plaintiffs Thermapak Technologies and Wei Xiong and Defendants Fusion Accessories and Net Impact, having entered into a Settlement Agreement resolving all claims against all parties in this action; and Plaintiffs and Fusion Accessories and Net Impact having stipulated that judgment be entered in the above-entitled action as set forth below, and the waiver of any findings of fact or conclusions of law under Fed. R. Civ. P. 52 or any other applicable rule, in order to effectuate the terms of this Order and fully resolve all claims asserted in this action:

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. That this Court has subject matter jurisdiction over this action as a federal question pertaining to patents pursuant to 28 U.S.C. §§ 1331, 1338(a).

2. That U.S. Patent No. 7,324,340 is valid and enforceable as against Defendants Fusion Accessories and Net Impact;

3. That Defendants Fusion Accessories and Net Impact shall timely pay to Plaintiff the amount agreed to in the Settlement Agreement as discounted damages or compensation for infringement of the '340 patent which occurred;

4. That effective immediately, Fusion Accessories and Net Impact and their agents, employees and all persons in active concert or participating with any of them, are permanently enjoined from making, using, selling, offering to sell and importing into the United States any devices which infringe the claims of the '340 patent, including the Cooling Lapdesk product and colorable imitations;

5. That nothing in this consent judgment shall preclude Defendant Target Brands or any of its affiliates, including, without limitation, Target Corporation, from selling accused products it has already received from Fusion Accessories and Net Impact and that Plaintiffs consent to the sale of said products subject to timely receiving the settlement payments; and.

///
///
///

6.     Other than the above-provisions, which shall continue to remain in effect, all claims asserted in this action are hereby dismissed, and without award of attorneys' fees or costs to any party.

Dated: January 21, 2010      By: _____
                                             United States District Judge

Presented by:

LAUSON & TARVER LLP

By: _____ 1-11-10
Robert J. Lauson, Esq.
Attorneys for Plaintiffs

ALBANESE & ALBANESE LLP

By: _____ 1-11-10
Hyman Hacker, Esq.
1050 Franklin Avenue
Garden City, NY 11530
Phone: 516.248.7000
Fax: 516.747.7777
Attorneys for Defendants
Fusion Accessories, Net Impact